# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RYATT DALE ERICKSON,

    *Petitioner*,

vs.

JIM BENEDETTI, *et al.*,

    *Respondents.*

3:09-cv-00085-LRH-VPC

ORDER

Court mail sent to the last institutional address given by petitioner has been returned with a notation that petitioner has been paroled and no longer is in custody at the institution. As petitioner has failed to comply with Local Rule LSR 2-2, which requires him to immediately file a written notification of any change in address, this action will be dismissed without prejudice.

IT THEREFORE IS ORDERED that this action is DISMISSED without prejudice. A certificate of appealability is denied.

IT FURTHER IS ORDERED that all pending motions (## 15 & 20) are DENIED without prejudice as moot. Respondents need not file the additional exhibits that are the subject of the extension motion (#20).

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED this 14th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE