AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

RYATT DALE ERICKSON,

      Petitioner,      JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:09-cv-00085-LRH-VPC**

JIM BENEDETTI, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is dismissed without prejudice pursuant to court order filed on July 14, 2010, Document No. 23.

  July 15, 2010           **LANCE S. WILSON**
                                                   Clerk

                                            /s/ Katie Lynn Ogden
                                                Deputy Clerk